

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TAURUS GREGORY (#415850)  DOCKET NO. 10-CV-1309; SEC. P

VERSUS  JUDGE DEE D. DRELL

CORRECTIONS CORPORATION  MAGISTRATE JUDGE JAMES D. KIRK
OF AMERICA, ET AL.

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims *against Warden Wilkinson and Corrections Corporation of America only* are **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7TL day of FEBRUARY, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE