RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10 / 15 / 12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAURUS GREGORY,<br>Plaintiff | CIVIL ACTION NO.10-1309<br>SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CORRECTIONS CORPORATION<br>OF AMERICA, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gregory's motion for summary judgment (Doc. 108) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of October, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE